**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-7736

NICHOLAS WARNER JONES,

Plaintiff - Appellant,

versus

UNITED STATES CONGRESS; BENSON EVERETT LEGG,
United States District Court of Maryland; THE
CHIEF JUDGE OF UNITED STATES DISTRICT COURT,
MARYLAND DISTRICT; CHAIRMAN OF MARYLAND PAROLE
COMMISSION; COMMISSIONER OF MARYLAND DIVISION
OF CORRECTIONS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, Chief District Judge.
(CA-02-3322-L)

Submitted: December 19, 2002          Decided: January 7, 2003

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Nicholas Warner Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nicholas Warner Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Jones v. United States Congress, No. CA-02-3322-L (D. Md. Oct. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2